# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:11-po-00144 |
| Plaintiff, | Magistrate Judge Michael R. Merz |
| vs. | |
| EDDIE S. JONES, | **ENTRY GRANTING OCCUPATIONAL DRIVING PRIVILEGES** |
| Defendant. | |

___

Upon application of the Defendant, EDDIE S. JONES**,** and for good cause shown, the Court finds that the appropriate pre-trial suspension has been served. Therefore, it is hereby **ORDERED** that the following occupational driving privileges are granted commencing July 12, 2012, and ending December 13, 2012.

The Court hereby modifies the Suspension of Plaintiff's driving privileges as follows:

1. Defendant shall be permitted to drive to, and from his place of work on the days and at the times indicated in paragraphs (2), three (3) and four (4).

2. The Defendant herein is employed by the Department of the Air Force under the supervision of Dave A. Dobbs (937) 257-6266. Defendant's work schedule is as follows: Monday through Friday, 7:00 a.m. – 4:00 p.m. In the course of Defendant's employ, he is required to drive throughout Areas A&B of WPAFB. Additionally, the Defendant is on 24-hour call should a base emergency arise wherein his services are necessary.

3. Defendant herein resides at 6419 Luton Court, Huber Heights, Ohio 45424.

4. Defendant may drive directly to and from any school program relating to the use of alcohol or safe driving when Defendant has a copy of this Court's order to attend any such school or program (such as D.W.I. School).

5. Defendant shall at all times maintain liability insurance.

The foregoing are the entire privileges granted to Defendant and in no event shall Defendant drive for any other purpose.

July 12, 2012.

                                                            s/ *Michael R. Merz*
                                                    United States Magistrate Judge

# # #